UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

TRENT GRADDY,

    Plaintiff,

v.

WILLIAM KNIPP, et. al.,

    Defendants.

No. C 13-2674 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff originally filed a letter and the court informed plaintiff he must file a formal complaint. Plaintiff has filed a complaint and it is now clear that the acts complained of occurred at Mule Creek State Prison which lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: July 18, 2013.

                    PHYLLIS J. HAMILTON
                    United States District Judge

G:\PRO-SE\PJH\CR.13\Graddy2674.trn.wpd