1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRENT GRADDY, SR.,                        No.  2:13-cv-1465 JAM KJN P

12                  Plaintiff,

13          v.                                 ORDER

14   WILLIAM KNIPP, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  On July 31, 2013, plaintiff was directed to submit an application to proceed in

19   forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant

20   to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

21   statement for the six month period immediately preceding the filing of the complaint *and*

22   obtained the certification required on the application form.  <u>See</u> 28 U.S.C. § 1915(a)(2).

23   Therefore, plaintiff will be provided the opportunity to submit the completed application and the

24   certified copy in support of his application to proceed in forma pauperis.[1]

25   /////

26   /////

27

28   _____
     [1]   If plaintiff is unable to obtain a copy of his trust fund statement, he shall notify the court.

                                                 1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint *and* the certification required on the application form.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  September 13, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE