UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TRENT GRADDY, SR., | No. 2:13-cv-1465 JAM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| WILLIAM KNIPP, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: January 24, 2014

grad1465.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE